**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CORETTA DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>TJX COMPANIES, INC.,<br><br>Defendant. | No. 1:26-CV-13427-JDH |

**ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION**

HEDGES, M.J.

## I. BACKGROUND

On July 28, 2026, the Court received a complaint from *pro se* plaintiff Coretta Davenport. Docket No. 1.[1] Ms. Davenport did not pay the requisite filing and administrative fees, or file a motion for leave to proceed without payment. *See* 28 U.S.C. § 1914(a) ($350.00 filing fee for all non−habeas civil actions); 28 U.S.C. § 1915 (proceedings *in forma pauperis*). Accordingly, the Court issued a procedural order on July 28, 2026, directing Ms. Davenport to "(1) pay the $405.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee." Docket No. 4. The Court further warned that "[f]ailure of plaintiff to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action." *Id*. The procedural order was mailed to the address Ms. Davenport

[1] The Clerk opened a civil action, and the case was assigned pursuant to the Court's Program for Random Assignment of Civil Cases to Magistrate Judges. Docket No. 2.

provided on July 28, 2026. Docket No. 5. The deadline for Ms. Davenport to pay the filing fee or file a motion to proceed *in forma pauperis* has now passed, and she has not done either.

## II. ORDER

The case shall be returned to the Clerk's Office for REASSIGNMENT to a District Judge for further proceedings.

## III. RECOMMENDATION

Because Ms. Davenport failed to respond to the Court's July 28, 2026 order and pay the requisite fees or file a motion to proceed *in forma pauperis*, I RECOMMEND that the District Judge DISMISS this action without prejudice. *See, e.g., Oliver v. Power*, No. 1:21-cv-00225-JAW-JHR, 2021 WL 4942861, at *1-2 (D. Me. Oct. 21, 2021), *report and recommendation adopted sub nom. Oliver v. Versant Power*, No. 1:21-cv-00225-JAW, 2021 WL 5371550 (D. Me. Nov. 17, 2021).

SO ORDERED.[2]

Dated: September 4, 2026

/s/ Jessica D. Hedges
United States Magistrate Judge

[2] The parties are advised that under the provisions of Fed. R. Civ. P. 72(b) and Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party who objects to these proposed findings and recommendations must file specific written objections thereto with the Clerk of this Court within fourteen days of service of this Report and Recommendation. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections.