UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 26-13427-RGS

CORETTA DAVENPORT

v.

TJX COMPANIES, INC.,

# ORDER ON REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

September 21, 2026

STEARNS, D.J.

I agree with Magistrate Judge Jessica Hedges' recommendation that the Complaint should be dismissed for plaintiff Coretta Davenport's failure to comply with the court Orders dated July 28, 2026, directing Ms. Davenport to "(1) pay the $405.00 filing and administrative fees; or (2) move for leave to proceed without prepayment of the filing fee." Dkt # 4. The court warned that "[f]ailure of plaintiff to comply with this directive within 21 days of the date of this Procedural Order may result in the dismissal of this action." Id. The procedural order was mailed to the address Ms. Davenport provided to the court on July 28, 2026. Dkt # 5. The deadline for Ms. Davenport to pay the filing fee or file a motion to proceed in forma pauperis has now passed, as has the period for her to object to the Report and

Recommendation that Magistrate Judge Hedges' referred to this session of the court. Consequently, the Recommendation is ADOPTED, and the petition is DISMISSED. The Clerk shall notify the petitioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns___________
UNITED STATES DISTRICT JUDGE